**Denied and Opinion Filed October 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01263-CV

## IN RE CYRIL PATRICK FERNANDEZ, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04314-2016**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Stoddart
Opinion by Justice Stoddart

Before the Court is relator's October 25, 2016 petition for writ of mandamus in which he seeks relief from an amended temporary restraining order that expires October 26, 2016 and from an order compelling production of documents containing confidential information and compelling relator to turn over electronic devices that could contain confidential information and trade secrets related to the real party in interest Applied Materials, Inc. The facts and issues are well known to the parties, so we need not recount them herein.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a);

*Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

161263F.P05

/Craig Stoddart/
CRAIG STODDART
JUSTICE